UNITED STATES DISTRICT COURT
IN THE SOUTHERN DISTRICT OF FLORIDA

A&F BAHAMAS, LLC, a Florida limited
liability company

       Plaintiff,

v.

WORLD VENTURE GROUP, INC., a
California corporation, WORLD VENTURE
CAPITAL, INC., a New York corporation,
ICON COMMERCIAL LENDING, INC.,
a Utah corporation, D. GENO BRUNTON,
DESMOND BRUNTON, AMY
ROY-HAEGER, and RANDALL FARR,
jointly and severally,

       Defendants.

Case No. 15-60019-CIV
Hon. Scola/Otazo-Reyes

_____/

### PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AGAINST DEFENDANTS ICON COMMERCIAL LENDING, INC. AND RANDALL FARR

Plaintiff A&F Bahamas, LLC ("Plaintiff"), by and through its attorneys, Paesano Akkashian, P.C. and Hubbard, Snitchler & Parzianello, PLC, states as follows for its motion for entry of default against Defendants Icon Commercial Lending, Inc. and Randall Farr:

1. Plaintiff filed its complaint against Defendants Icon Commercial Lending, Inc. ("Icon") and Randall Farr ("Farr") on January 5, 2015. *See* **Exhibit A** (Declaration of Anthony R. Paesano).

2. Defendant Icon's Registered Agent, Randall Farr, was personally served on March 1, 2015. *See* **Exhibit A** (Declaration of Anthony R. Paesano).

3. Defendant Farr was personally served on March 1, 2015. *See* **Exhibit A** (Declaration of Anthony R. Paesano).

4. Fed. R. Civ. P. 12(a)(1)(A)(i) provides that an answer or other response to the complaint is due within 21 days after being served with the summons and complaint. Therefore, Defendants' answers or other responses were due on or before March 23, 2015.

5. Defendants Icon and Farr have failed to answer or otherwise respond to Plaintiff's complaint and entry of default is therefore appropriate pursuant to Fed. R. Civ. P. 55(a). *See* **Exhibit A** (Declaration of Anthony R. Paesano).

6. Plaintiff respectfully requests that the Court enter the default of Icon and Farr on Plaintiff's complaint in this matter.

Respectfully submitted,

By: /s/ Eric A. Parzianello
    Eric A. Parzianello (FL 161225)
HUBBARD, SNITCHLER &
PARZIANELLO, PLC
Attorneys for Plaintiff
5/3 Center at Mercato
999 Vanderbilt Beach Road
Suite 200
Naples, Florida 34108
(239) 325-1802
jhubbard@hspplc.com


By: */s/ Brian M. Akkashian*
    Anthony R. Paesano (MI, P60173)
    Brian M. Akkashian (MI, P55544)
PAESANO AKKASHIAN P.C.
Attorneys for Plaintiff
7457 Franklin Road, Suite 200
Bloomfield Hills, MI  48301
(248) 792-6886
apaesano@paesanoakkashian.com
bakkashian@paesanoakkashian.com

Dated:  March 26, 2015

# EXHIBIT A

UNITED STATES DISTRICT COURT
IN THE SOUTHERN DISTRICT OF FLORIDA

A&F BAHAMAS, LLC, a Florida limited
liability company

      Plaintiff,

v.

WORLD VENTURE GROUP, INC., a
California corporation, WORLD VENTURE
CAPITAL, INC., a New York corporation,
ICON COMMERCIAL LENDING, INC.,
a Utah corporation, D. GENO BRUNTON,
DESMOND BRUNTON, AMY
ROY-HAEGER, and RANDALL FARR,
jointly and severally,

      Defendants.

Case No. 15-60019-CIV
Hon. Scola/Otazo-Reyes

_____/

## DECLARATION OF ANTHONY R. PAESANO

Anthony R. Paesano, pursuant to 28 U.S.C. § 1746, hereby declares as follows:

1. I am a partner in the law firm Paesano Akkashian, P.C., attorneys for Plaintiff A&F Bahamas, LLC ("A&F" or "Plaintiff"). I make this declaration in support of Plaintiff's Motion for Entry of Default by Clerk.

2. Plaintiff filed its complaint against Defendants Icon Commercial Lending, Inc. ("Defendant Icon") and Randall Farr ("Defendant Farr") (collectively "Defendants") on January 5, 2015.

3. Defendant Icon was personally served on March 1, 2015. *See* **Exhibit 1** (Proof of Service of Defendant Icon).

4. Defendant Farr was personally served on March 1, 2015. *See* **Exhibit 2** (Proof of Service of Defendant Farr).

5. Pursuant to FRCP 12(a)(1)(A)(i), Defendants were required to answer or otherwise respond to Plaintiff's complaint within 21 days.

6. Defendants' answers or other responses were therefore due on or before March 23, 2015.

7. Defendants failed to timely file answers or otherwise respond to the complaint, and entry of default is therefore appropriate pursuant to FRCP 55(a).

I declare under penalty that the foregoing is true and correct.

Executed on March 26, 2015

/s/ *Anthony R. Paesano*
Anthony R. Paesano

# EXHIBIT 1

## AFFIDAVIT OF SERVICE

**State of Florida**  **County of Miami-Dade**  **US District/Southern District of Florida Court**

Case Number: 15-CV-60019

Plaintiff:
**A & F Bahamas, LLC, a Florida limited liability company**

vs.

Defendant:
**Icon Commercial Lending, Inc., a Utal Corporation**

For:
Paesano Akkashian Attorneys and Counselors
7457 Franklin Road
Suite 200
Bloomfield Hills, MI 48301

Received by Maricopa County Process Service, PLLC on the 25th day of February, 2015 at 10:08 am to be served on **Randall Farr, On behalf of Icon Commercial Lending, Inc, 1943 E Everett Dr., Phoenix, AZ 85022.**

I, Suzette Joralmon, Process Server, being duly sworn, depose and say that on the **1st day of March, 2015** at **2:01 pm, I:**

served a **REGISTERED AGENT** by delivering a true copy of the **Summons and Complaint** with the date and hour of service endorsed thereon by me, to: **Randall Farr as a agent, a person authorized to accept service** at the address of: **On behalf of Icon Commercial Lending, Inc, 1943 E Everett Dr., Phoenix, AZ 85022** on behalf of **Randall Farr**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 55, Sex: M, Race/Skin Color: White, Height: 5'8", Weight: 170, Hair: Grey, Glasses: .

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 4th day of March, 2015 by the affiant who is personally known to me.

NOTARY PUBLIC

**LOUISE URROZ**
NOTARY PUBLIC – ARIZONA
MARICOPA COUNTY
My Commission Expires
July 3, 2018

Suzette Joralmon, Process Server
Maricopa County, #7993

Maricopa County Process Service, PLLC
3317 S Higley Rd
Suite 114 - 482
Gilbert, AZ 85297
(480) 620-2024

Our Job Serial Number: GUR-2015000546
Ref: 15-CV-60019

Copyright © 1992-2013 Database Services, Inc. - Process Server's Toolbox V7.0r

# EXHIBIT 2

## AFFIDAVIT OF SERVICE

**State of Florida**            **County of Miami-Dade**            **US District/Southern District of Florida Court**

Case Number: 15-CV-60019

Plaintiff:
**A & F Bahamas, LLC, a Florida limited liability company**

vs.

Defendant:
**Icon Commercial Lending, Inc., a Utal Corporation**

For:
Paesano Akkashian Attorneys and Counselors
7457 Franklin Road
Suite 200
Bloomfield Hills, MI 48301

Received by Maricopa County Process Service, PLLC on the 25th day of February, 2015 at 10:08 am to be served on **Randall Farr, 1943 E Everett Dr., Phoenix, AZ 85022.**

I, Suzette Joralmon, Process Server, being duly sworn, depose and say that on the **1st day of March, 2015 at 2:01 pm**, I:

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **Summons and Complaint**, to: **Randall Farr** at the address of: **1943 E Everett Dr., Phoenix, AZ 85022**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 55, Sex: M, Race/Skin Color: White, Height: 5'8", Weight: 170, Hair: Grey, Glasses: .

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 4th day of March, 2015 by the affiant who is personally known to me.

NOTARY PUBLIC

LOUISE URROZ
NOTARY PUBLIC – ARIZONA
MARICOPA COUNTY
My Commission Expires
July 3, 2018

Suzette Joralmon, Process Server
Maricopa County, #7993

Maricopa County Process Service, PLLC
3317 S Higley Rd
Suite 114 - 482
Gilbert, AZ 85297
(480) 620-2024

Our Job Serial Number: GUR-2015000544
Ref: 15-CV-60019

Copyright © 1992-2013 Database Services, Inc. - Process Server's Toolbox V7.0r

UNITED STATES DISTRICT COURT
IN THE SOUTHERN DISTRICT OF FLORIDA

A&F BAHAMAS, LLC, a Florida limited
liability company

    Plaintiff,

v.

WORLD VENTURE GROUP, INC., a
Californiacorporation, WORLD VENTURE
CAPITAL, INC.,a New York corporation,
ICON COMMERCIAL LENDING, INC.,
a Utah corporation, D. GENO BRUNTON,
DESMOND BRUNTON, AMY
ROY-HAEGER, and RANDALL FARR,
jointly and severally,

    Defendants.
_____/

Case No. 15-60019-CIV
Hon. Scola/Otazo-Reyes

### BRIEF IN SUPPORT OF PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AGAINST DEFENDANTS ICON COMMERCIAL LENDING, INC. AND RANDALL FARR

For its Brief in Support of Plaintiff's Motion for Entry of Default by Clerk, Plaintiff relies on the facts, law and argument set forth in its accompanying Motion.

Respectfully submitted,

By: /s/ Eric A. Parzianello
Eric A. Parzianello (FL 161225)
HUBBARD, SNITCHLER &
PARZIANELLO, PLC
Attorneys for Plaintiff
5/3 Center at Mercato
999 Vanderbilt Beach Road
Suite 200
Naples, Florida 34108
(239) 325-1802
jhubbard@hspplc.com

        By: */s/ Brian M. Akkashian*
           Anthony R. Paesano (MI, P60173)
           Brian M. Akkashian (MI, P55544)
        PAESANO AKKASHIAN P.C.
        Attorneys for Plaintiff
        7457 Franklin Road, Suite 200
        Bloomfield Hills, MI  48301
        (248) 792-6886
        apaesano@paesanoakkashian.com
        bakkashian@paesanoakkashian.com

Dated:  March 26, 2015

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that I electronically filed the foregoing document with the Clerk of Court using CM/ECF, this 26th day of March, 2015.  I also certify that the foregoing document is being served this day on all counsel of record identified on the below Service List by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

        By: /s/ Eric A. Parzianello
           Eric A. Parzianello

## SERVICE LIST

| | |
|---|---|
| Spencer M. Sax<br>Angela Prudenti<br>Katherine A. Moum<br>Sachs Sax Caplan PL<br>6111 Broken Sound Parkway NW<br>Suite 200<br>Boca Raton, FL 33487<br>561.994.4499<br>ssax@ssclawfirm.com<br>aprudenti@ssclawfirm.com<br>kmoun@ssclawfirm.com<br>Counsel for Defendant, World Venture Group, Inc., World Venture Capital, Inc., D. Geno Brunton, Desmond Brunton, and Amy Roy-Haeger | Eric A. Parzianello<br>John A. Hubbard<br>Hubbard Snitchler & Parzianello PLC<br>5/3 Center at Mercato<br>999 Vanderbilt Beach Road, Suite 200<br>Naples, FL 34108<br>239.325.1802<br><br>719 Griswold, Suite 620<br>Detroit, MI 48226<br>313.672.7300<br>eparzianello@hspplc.com<br>jhubbard@hspplc.com<br>Co-Counsel for Plaintiff, A&F Bahamas LLC |

| | |
|---|---|
| Brian M. Akkashian<br>Anthony R. Paesano<br>Paesano Akkashian PC<br>7457 Franklin Road<br>Suite 20<br>Bloomfield, Hills, MI 48301<br>248.792.6886<br>bakkashian@paesanoakkashian.com<br>apaesano@paesanoakkashian.com<br>Counsel for Plaintiff, A&F Bahamas LLC | |

UNITED STATES DISTRICT COURT
IN THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| A&F BAHAMAS, LLC, a Florida limited liability company<br><br>  Plaintiff,<br>v.<br><br>WORLD VENTURE GROUP, INC., a California corporation, WORLD VENTURE CAPITAL, INC., a New York corporation, ICON COMMERCIAL LENDING, INC., a Utah corporation, D. GENO BRUNTON, DESMOND BRUNTON, AMY ROY-HAEGER, and RANDALL FARR, jointly and severally,<br><br>  Defendants.<br>_____/ | Case No. 15-60019-CIV<br>Hon. Scola/Otazo-Reyes |

## **PROPOSED ORDER GRANTING PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AGAINST ICON COMMERICAL LENDING, INC. AND RANDALL FARR**

This matter having come before the Court, and the Court being otherwise fully advised,

IT IS HEREBY ORDERED that default is hereby entered against Icon Commercial Lending, Inc. and Randall Farr.

_____
ROBERT N. SCOLA JR.
UNITED STATES DISTRICT JUDGE